

THE ATTORNEY GENERAL

OF TEXAS

AUSTIN 11, TEXAS

Gerald C. Mann
XXXXXXXXXXXX
ATTORNEY GENERAL.

Hon. Homer Garrison, Jr., Director
Department of Public Safety
Camp Mabry
Austin, Texas

Dear Sir:

Opinion No. O-2240
Re: Authority of Department of
Public Safety to pay, out of
its Maintenance and Miscellan-
eous Appropriation, Item 5,
for the services of experts
to prepare courses of study
and teach in a police train-
ing school at Camp Mabry.

This will acknowledge receipt of your letter of
March 12, 1940, wherein you advise that Item 5, Mainten-
ance and Miscellaneous Appropriation, Main Division, De-
partment of Public Safety, Senate Bill 427, Acts of the
Forty-sixth Legislature, provides, among other things, for
"all necessary expenses of operating a police training
school at Camp Mabry for training peace officers general-
ly and members of this department", and ask the opinion
of this department upon the following question:

Since the Department of Public Safety contem-
plates conducting a school for Texas peace officers in
the near future, may it pay the Safety Division, Interna-
tional Chiefs of Police Association, for the services of
experts to prepare the course of study, necessary out-
lines, and teach in this school to be conducted for the
benefit of traffic officers of the State of Texas?

Section 17, Acts 1935, Forty-fourth Legislature,
page 444, chapter 181, as amended Acts 1937, Forty-fifth
Legislature, page 772, chapter 373, section 7 (Vernon's
Revised Civil Statutes, Article 4413 (17)), provides:

"It shall be the duty of the Director with
the advice and consent of the Commission to name
the Chief of the Bureau of Education. The Chief
of said Bureau shall organize schools for the
members of the Department and other peace officers,
and shall give instruction in such schools, and
he shall have had substantial experience in law
enforcement work and in the instruction of law
enforcement officers.

"(2) This Bureau shall establish and operate
schools for the training of the personnel of the

Department in their respective duties and functions.

"(3) This Bureau shall establish and operate schools for the training of county and municipal police officers who have been selected to attend such schools by the authorities of the law enforcement agencies by which they are employed."

Item 5 of the Maintenance and Miscellaneous Appropriation provided for the Main Division of the Department of Public Safety by Senate Bill 427, Acts of the Forty-sixth Legislature, reads as follows:

"5. Postage, supplies, equipment, arms, wire communications, printing and contingent expenses; hospitalization and medical services when injured in line of duty, and funeral expenses when killed in action; surety bonds, books, all necessary expenses of operating a police training school at Camp Mabry for training peace officers generally, and members of this Department and any other necessary departmental expenses, including initial equipment. . . $37,750.00."

It is the opinion of this department that, under the authority conferred by law upon the Department of Public Safety to establish and operate schools for the training of the personnel of the Department and the training of police officers of the State, the Department, if it deems that it is necessary and advisable that it should do so, may engage the services of experts to prepare the course of study, necessary outlines, and to teach in such school or schools, and pay for such services out of the Maintenance and Miscellaneous Appropriation above quoted.

Trusting that this is the desired information, we are

Yours very truly

ATTORNEY GENERAL OF TEXAS

By  /s/ R. W. Fairchild
    R. W. Fairchild
    Assistant

RWF:LM:jrb

APPROVED MAR. 22, 1940
/s/ Gerald C. Mann
ATTORNEY GENERAL OF TEXAS

APPROVED OPINION COMMITTEE
BY BWB, Chairman